UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/8/2021
```

**PHILADELPHIA INDEMNITY INSURANCE COMPANY,**

          **Plaintiff,**

-against-

**FEDERAL INSURANCE COMPANY,**

          **Defendant.**

**21-cv-0100 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty days.

**SO ORDERED.**

Dated:    December 8, 2021
             New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**